# IN THE SUPREME COURT OF THE STATE OF NEVADA

BANK OF AMERICA, N.A.,
Appellant,
vs.
SATICOY BAY LLC SERIES 1050
CACTUS; AND ANTIGUA
MAINTENANCE CORPORATION,
Respondents.

No. 73104

**FILED**

JUL 06 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on May 8, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Elizabeth A. Brown_

cc: Akerman LLP/Las Vegas
Law Offices of Michael F. Bohn, Ltd.
Boyack Orme & Anthony

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-22410